IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Clarendon National Insurance Company, successor by merger to Sussex Insurance Company f/k/a Companion Specialty Insurance Company, <br><br>                Plaintiff, <br><br>       v. <br><br> Dan Ryan Builders, Inc.; Dan Ryan Builders West Virginia, LLC f/k/a Dan Ryan Builders, Inc.; and Dan Ryan Builders South Carolina, LLC, <br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br> Civil Action No. 1:19-cv-03527 |

**STIPULATION OF DISMISSAL**

The parties hereby stipulate that all claims and counter-claims are hereby dismissed with prejudice.


| | |
|---|---|
| */s/ Robert N. Kelly* | */s/ Stephen S. McCloskey* |
| Robert N. Kelly (Fed. Bar No.013575) | Stephen S. McCloskey (Fed. Bar No. 04640) |
| Jackson & Campbell, P.C. | Semmes, Bowen & Semmes |
| 1120 20th Street, NW | 25 South Charles Street, Suite 1400 |
| Washington, DC 20036 | Baltimore, Maryland  21201 |
| Tel: (202) 457-1600 | Tel:  (410) 576-4842 |
| Fax: (202) 457-1678 | Fax: (410) 539-5223 |
| rkelly@jackscamp.com | smccloskey@semmes.com |
| | |
| ***Attorneys for Plaintiff*** | ***Attorneys for Dan Ryan Builders West Virginia, LLC, f/k/a Dan Ryan Builders, Inc., and Dan Ryan Builders South Carolina, LLC*** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of December 2020, a copy of the foregoing Stipulation of Dismissal was electronically filed and served on all counsel of record.

                                              */s/ Stephen S. McCloskey*
                                              Stephen S. McCloskey (Fed. Bar No. 04640)