IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Clarendon National Insurance Company, successor by merger to Sussex Insurance Company f/k/a Companion Specialty Insurance Company,<br><br>     Plaintiff,<br><br>v.<br><br>Dan Ryan Builders, Inc.; Dan Ryan Builders West Virginia, LLC f/k/a Dan Ryan Builders, Inc.; and Dan Ryan Builders South Carolina, LLC,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:19-cv-03527<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

The parties hereby stipulate that all claims and counter-claims are hereby dismissed with prejudice.

/s/ Robert N. Kelly
Robert N. Kelly (Fed. Bar No.013575)
Jackson & Campbell, P.C.
1120 20th Street, NW
Washington, DC 20036
Tel: (202) 457-1600
Fax: (202) 457-1678
rkelly@jackscamp.com

*Attorneys for Plaintiff*

/s/ Stephen S. McCloskey
Stephen S. McCloskey (Fed. Bar No. 04640)
Semmes, Bowen & Semmes
25 South Charles Street, Suite 1400
Baltimore, Maryland 21201
Tel: (410) 576-4842
Fax: (410) 539-5223
smccloskey@semmes.com

*Attorneys for Dan Ryan Builders West Virginia, LLC, f/k/a Dan Ryan Builders, Inc., and Dan Ryan Builders South Carolina, LLC*

APPROVED. 12/16/20
Catherine C. Blake
United States Distrist Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of December 2020, a copy of the foregoing Stipulation of Dismissal was electronically filed and served on all counsel of record.

                                            */s/ Stephen S. McCloskey*
                                            Stephen S. McCloskey (Fed. Bar No. 04640)

2